## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 499 EAL 2017
:
               Respondent :
:
: Petition for Allowance of Appeal from
: the **Unpublished Memorandum and**
         v. : **Order** of the Superior Court at No.
: 1562 EDA 2016 entered on
: September 29, 2017, **affirming** the
DAIYCHELLE ATKINSON, : Order of the Philadelphia County
: Court of Common Pleas at No. MC-
          Petitioner : 51-CR-0001158-2013 entered on
: August 3, 2015

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The Superior Court's order is **VACATED** and the matter is **REMANDED** to the Superior Court for further consideration in light of our decision in *Commonwealth v. Perfetto*, ___A.3d ___, 2019 WL 1866653 (Pa. April 26, 2019).